BOWMAN AND BROOKE LLP
Edgar J. Gutierrez, Esq. (SBN 189011)
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Telephone No.: (310) 768-3068
Fax No.: (310) 719-1019

Attorneys for Defendant, HAMILTON BEACH BRANDS, INC.

WATKINS, CASAUDOUMECQ & LETOFSKY
Brian S. Letofsky, Esq. (SBN 159232)
4040 MacArthur Boulevard
Suite 240
Newport Beach, California 92660

Attorneys for Plaintiff, CLARENDON NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAMILTON BEACH/PROCTOR-SILEX, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendants. | **CASE NO.: 2:06-CV- 2282-TMB-EFB**<br><br>Assigned to: Judge Timothy M. Burgess<br>Courtroom: 6<br><br>**[PROPOSED] ORDER STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 25, 2006<br>Trial Date: None |

The Court, having reviewed the parties' Stipulation and good cause appearing, orders that this matter be and is hereby, dismissed with prejudice.

IT IS SO ORDERED.

November 21, 2008　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　Hon. Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　United States District Judge

1

PDF created with pdfFactory trial version www.pdffactory.com